**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON**

NANCY MITCHELL                                    Civil Action No. 4:24-cv-00704-ALM

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANSUNION, LLC, and
JPMORGAN CHASE BANK, N.A.
                   Defendants.

## NOTICE OF SETTLEMENT WITH TRANSUNION, LLC.

NOW COMES Plaintiff, who files this Notice, and in support would show as follows:

1. Plaintiff is filing this notice to inform this Court that Plaintiff has settled all their claims with **TRANSUNION, LLC.**

2. Plaintiff will file the documentation required to terminate Defendant **TRANSUNION, LLC.** and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.

Dated:  November 19, 2024

    Respectfully submitted,

        */s/Jonathan Raburn*
        Jonathan Raburn
        ATTORNEY FOR PLAINTIFF
        Louisiana Bar Roll No. 28728
        Raburn Kaufman, LLC
        8570 Anselmo Ln.
        Baton Rouge, LA 70810
        jraburn@raburnkaufman.com
        Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on November 19th, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 19th day of November 2024

Respectfully submitted,

/s/Jonathan Raburn
Jonathan Raburn
Attorney For Plaintiff
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
8570 Anselmo Ln.
Baton Rouge, LA 70810
jraburn@raburnkaufman.com
Telephone: 225-412-2777