**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

NANCY MITCHELL

Civil Action No. 4:24-CV-00704

          Plaintiff,

v.

EXPERIAN INFORMAION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANSUNION, LLC, and
JPMORGAN CHASE BANK, N.A.

          Defendants.

**NOTICE OF SETTLEMENT WITH JPMORGAN CHASE BANK, N.A.**

NOW COMES Plaintiff, who files this Notice, and in support would show as follows:

1.      Plaintiff is filing this notice to inform this Court that Plaintiff has all their claims with **JP MORGAN CHASE BANK, N.A..**

2.      Plaintiff will file the documentation required to terminate **JP MORGAN CHASE BANK, N.A**. and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.

Dated: January 10, 2025

      Respectfully submitted,

         */s/Jonathan Raburn*
         Jonathan Raburn
         ATTORNEY FOR PLAINTIFF
         Louisiana Bar Roll No.28728
         Raburn Kaufmann, LLC
         8570 Anselmo Ln.
         Bathon Rouge, LA 70810
         jraburn@raburnkaufman.com
         Telephone: 225-412-2777

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the January 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to the attorneys on record:

Date Signed this the <u>10th day of January 2025</u>

      Respectfully submitted,

<u>*/s/Jonathan Raburn*</u>
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No.28728
Raburn Kaufmann, LLC
8570 Anselmo Ln.
Bathon Rouge, LA 70810
jraburn@raburnkaufman.com
Telephone: 225-412-2777