**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

NANCY MITCHELL

               Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, Inc
et al

               Defendants.

CASE NO. 4:24-cv-00704

### NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC.

NOW COMES Plaintiff, who files this Notice, and in support would show as follows:

1.     Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Equifax Information Servics.

2.     Plaintiff will file the documentation required to terminate Equifax Information Services and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.

Dated: January 30, 2025

       Respectfully submitted,

| | |
|---|---|
| */s/Jonathan Raburn* | */s/Kyle Kaufman* |
| Jonathan Raburn | Kyle Kaufman |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR PLAINTIFF |
| Louisiana Bar Roll No. 28728 | Louisiana Bar Roll No. 28728 |
| Raburn Kaufman, LLC. | Raburn Kaufman, LLC. |
| 8570 Anselmo Lane | 8570 Anselmo Lane |
| Baton Rouge, Louisiana 70810 | Baton Rouge, Louisiana 70810 |
| jraburn@raburnkaufman.com | kkaufman@raburnkaufman.com |
| Telephone: 225-412-2777 | Telephone: 225-412-2777 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Dated: January 30, 2025

Respectfully submitted,

*s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF