**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

---

NANCY MITCHELL

          Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. et al.

          Defendants.

CASE NO. 4:24-cv-00704

---

### NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC

NOW COMES Plaintiff, who files this Notice, and in support would show as follows:

1.     Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Experian Information Solutions.

2.     Plaintiff will file the documentation required to terminate Experian Information Solutions and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.

Dated: February 28, 2025

        Respectfully submitted,

                */s/Jonathan Raburn*
                Jonathan Raburn
                ATTORNEY FOR PLAINTIFF
                Louisiana Bar Roll No. 28728
                Raburn Kaufman, LLC.
                8570 Anselmo Lane
                Baton Rouge, Louisiana 70810
                jraburn@raburnkaufman.com
                Telephone: 225-412-2777

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th of February 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Dated: February 28, 2025

Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF